MAGISTRATE JUDGE

10-CR-05262-ORD

FILED ___ LODGED
___ RECEIVED

JUL 19 2010

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR10-5262 |
| Plaintiff, ) | |
| vs. ) | ORDER GRANTING MOTION TO CONTINUE TRIAL DATE |
| RONICA SWITZER, ) | |
| Defendant. ) | |

Upon the stipulation of the parties to continue the trial date in the above-captioned case, the Court finds that such a continuance would serve the ends of justice, therefore,

IT IS HEREBY ORDERED that the trial date in this matter be continued to September 13, 2010, at 9:00 a.m. The resulting period of delay up to and including September 13, 2010, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B).

DONE this 19th day of July, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

Presented by:

/s/ Colin Fieman                    /s/ Captain Fred Inman
Attorney for Defendant              Special Assistant United States Attorney

ORDER GRANTING MOTION
TO CONTINUE TRIAL DATE            1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Ste. 400
Tacoma, Washington 98402
(253) 593-6710