MAGISTRATE JUDGE

10-CR-05262-ORD

FILED_____LODGED
_____RECEIVED

OCT 25 2010

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY_____DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR10-5262 |
| Plaintiff, | ) | |
| | ) | FINDINGS AND ORDER ACCEPTING |
| vs. | ) | DEFENDANT FOR DEFERRED PROSECUTION, APPROVING |
| | ) | TREATMENT PLAN, AND DIRECTING |
| RONICA SWITZER, | ) | DEFENDANT TO TAKE TREATMENT |
| | ) | AS PRESCRIBED |
| Defendant/Petitioner. | ) | |
| | ) | (Clerk's Action Required) |
| | ) | |

THIS MATTER, coming on for hearing this 25th day of October, 2010 upon the defendant's Petition for Deferred Prosecution; the defendant appearing in person and by her attorney, Colin Fieman, Assistant Federal Public Defender; the United States of America being represented by Barbara Sievers, Assistant United States Attorney; the Court, having examined and incorporated into the record Petitioner's Petition and Statement in support of deferred prosecution, the evaluation and treatment report prepared by Recovery Centers of King County (RCKC), and the files and records herein, being fully advised in the premises, does now make and enter the following:

/ / /

/ / /

FINDINGS AND ORDER ACCEPTING DEFENDANT
FOR DEFERRED PROSECUTION - 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Ste. 400
Tacoma, Washington 98402
(253) 593-6710

# I. **FINDINGS OF FACT**

1

2      A.      On or about the 20th day of January, 2010, Petitioner was charged with the

3   offense/offenses charged in the Information.  This offense occurred as a direct result of

4   alcoholism/chemical dependency problems;

5      B.      Petitioner suffers from an alcohol/drug problem and is in need of treatment;

6      C.      The probability of similar misconduct in the future is great if the problem is not

7   treated;

8      D.      Petitioner is amenable to treatment;

9      E.      An effective rehabilitative treatment plan is available to Petitioner through

10  Recovery Centers of King County, an approved treatment facility as designated by the laws of

11  the State of Washington, and Petitioner agrees to be liable for all costs of this treatment

12  program;

13     F.      That Petitioner agrees to comply with the terms and conditions of the program

14  offered by the treatment facility as set forth in the diagnostic evaluation from Recovery Centers

15  of King County, attached to Statement of Petitioner filed herewith, and that Petitioner agrees

16  to be liable for all costs of this treatment program;

17     G.      That Petitioner has knowingly and voluntarily stipulated to the admissibility and

18  sufficiency of the facts as contained in the written police report attached to Statement of

19  Petitioner filed herewith.

20     H.      That Petitioner has acknowledged the admissibility of the stipulated facts in any

21  criminal hearing or trial on the underlying offense or offenses held subsequent to revocation of

22  this Order Granting Deferred Prosecution and that these reports will be used to support a finding

23  of guilt;

24     From the foregoing FINDINGS OF FACT, the Court draws the following:

25  / / /

26  / / /

FINDINGS AND ORDER ACCEPTING DEFENDANT
FOR DEFERRED PROSECUTION - 2

1

## II. **CONCLUSIONS OF LAW**

2     A.     That the above-entitled Court has jurisdiction over the subject matter and
3 Petitioner Ronica Switzer, in this case;

4     B.     That Petitioner's Petition for Deferred Prosecution meets the requirements of
5 RCW 10.05 et seq.;

6     C.     That the diagnostic evaluation and commitment to treatment meets the
7 requirements of RCW 10.05.150;

8     D.     That Petitioner is eligible for deferred prosecution.

9

## III. **ORDER**

10     Having made and entered the foregoing FINDINGS OF FACT and CONCLUSIONS OF
11 LAW, it is hereby

12     ORDERED that the defendant is accepted for deferred prosecution. The prosecution of
13 the above-entitled matter is hereby deferred for five (5) years pursuant to RCW 10.05 et seq.,
14 upon the following terms and conditions:

15     A.     Petitioner shall be on probation for the deferral period and follow the rules and
16 regulations of probation;

17     B.     Petitioner shall enroll in and successfully complete the two-year treatment
18 program recommended by Recovery Centers of King County according to the terms and
19 conditions of that plan as outlined in the diagnostic evaluation, a true copy of which is attached
20 to the Petition and incorporated herein by reference. Petitioner shall not change treatment
21 agencies without prior Probation approval;

22     C.     The treatment facility, Recovery Centers of King County, shall file with the
23 United States Probation Office status reports of Petitioner's compliance with treatment, monthly
24 during the first year of the deferred prosecution period and every three (3) months during the
25 second year. The Court may increase the frequency of these reports at its discretion;

26

FINDINGS AND ORDER ACCEPTING DEFENDANT
FOR DEFERRED PROSECUTION - 3

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Ste. 400
Tacoma, Washington 98402
(253) 593-6710

1    D.    Petitioner shall notify U.S. Probation within 72 hours of any residence change.

2    E.    Petitioner shall abstain during the deferred prosecution period from any and all

3    consumption of alcoholic beverages and/or non-prescribed mind-altering drugs;

4    F.    Petitioner shall not operate a motor vehicle on the public highways without a valid

5    operator's license and proof of liability insurance sufficient to comply with the state laws on

6    financial responsibility;

7    G.    Petitioner shall be law abiding and shall not commit any alcohol/drug related

8    offenses or other criminal offenses during the period of deferral,

9    H.    Petitioner shall notify U.S. Probation within 72 hours of being arrested,

10   questioned, or cited by Law Enforcement;

11   I.    In the event that Petitioner fails or neglects to carry out and fulfill any term or

12   condition of her treatment plan or violates any provision of this Order or any rule or regulation

13   of her probation officer, upon receiving notice, the Court shall hold a hearing to determine why

14   Petitioner should not be removed from deferred prosecution and prosecuted for the

15   offense/offenses charged;

16   J.    In the event the Court finds cause to revoke this deferred prosecution, the

17   stipulated police reports shall be admitted into evidence, and Petitioner shall have her guilt or

18   innocence determined by the Court;

19   K.    That the statement of Petitioner for Deferred Prosecution shall remain sealed, and

20   all subsequent reports or documents relating to her treatment information shall be sealed, to

21   maintain confidentiality of Petitioner's treatment information;

22   L.    That the Department of Licensing be notified of this Order accepting the

23   Petitioner for deferred prosecution;

24   M.    Upon proof of Petitioner's successful completion of five years deferral period in

25   this Order, the Court shall dismiss the charges pending against Petitioner.

26

FINDINGS AND ORDER ACCEPTING DEFENDANT
FOR DEFERRED PROSECUTION - 4

FEDERAL PUBLIC DEFENDER
1331 Broadway, Ste. 400
Tacoma, Washington  98402
(253) 593-6710

1    N.    Additional conditions: _____

2    _____

3    _____.

4

5

6    DONE IN OPEN COURT this ____25____ day of October, 2010.

7

8

9                                    _____

10                                   UNITED STATES MAGISTRATE JUDGE

11   Presented by:

12

13   _____

     Colin Fieman
14   Attorney for Petitioner

15        I have received a copy of the foregoing Order of Deferred Prosecution.  I have read and
     understand its contents, and agree to abide by the terms and conditions set forth herein.
16

17

18   Dated: _10 - 25 - 2010_         _____
                                     Ronica Switzer
19                                   Petitioner

20

21        I certify that a copy of this signed Order was mailed to the subject treatment facility, on
     _October 29_____, 2010.  The United States Probation Office was also furnished a copy
22   of this Order.

23

24                                   _____
                                     Clerk
25

26

FINDINGS AND ORDER ACCEPTING DEFENDANT
FOR DEFERRED PROSECUTION - 5

FEDERAL PUBLIC DEFENDER
1331 Broadway, Ste. 400
Tacoma, Washington  98402
(253) 593-6710